**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| KRISTA ANN PHILLIPS<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-6<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Jill E. McCook |

---

**ORDER**

---

On September 2, 2026, United States Magistrate Judge McCook filed her report and recommendation (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge McCook recommended that Plaintiff's motion for attorney's fees pursuant to 28 U.S.C. § 2412(d) (Doc. 18) be granted. Neither party has filed an objection to Magistrate Judge McCook's report and recommendation.[1] Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and it agrees with Magistrate Judge McCook's well-reasoned conclusions.

[1] Magistrate Judge McCook specifically advised the parties that they had fourteen days in which to object to the report and recommendation and that failure to do so would waive any right to appeal. (Doc. 18, at 1 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). The period in which the parties could timely file any objections has now expired.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's report and recommendation (Doc. 18). Plaintiff's motion for attorney's fees (Doc. 17) is **GRANTED** in the fee award amount of $8,575.00 and $150.00 in costs.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**